James M. Neudecker (State Bar No. 221657)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

Telephone: 415.543.8700
Facsimile: 415.391.8269

Tracy G. Ferak (Admitted *Pro Hac Vice*)
REED SMITH LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606

Telephone: 312.207.1000
Facsimile: 312.207.6400

Attorneys for Plaintiff Marathon Racing, Inc., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARATHON RACING, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OCEANS WEST MARINE & INDUSTRIAL SUPPLY, INC., a California Corporation; and ZODIAC OF NORTH AMERICA, INC., a Delaware Corporation,<br><br>Defendants. | Case No. CV-09-4253 MEJ (BZ)<br><br>Before the Honorable Maria-Elena James<br><br>**[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE BEFORE THE HONORABLE BERNARD ZIMMERMAN**<br><br>Settlement Conf: February 2, 2010<br>Conference Time: 9:00 a.m.<br>Location: Courtroom G |

The Court has consider the parties' "Stipulation Requesting Continuance of Settlement Conference Before the Honorable Bernard Zimmerman," and good cause appearing, orders as follows:

1. The settlement conference is continued to March 4, 2010, at 9:00 a.m.

– 1 –

[Proposed] Order Continuing Settlement Conference Before The Honorable Bernard Zimmerman

2. All pre-settlement conference deadlines (*e.g.* deadline to serve and lodge settlement conference statements) are continued accordingly.

DATED: 1/8/2010.

_____
The Honorable Bernard Zimmerman