# UNITED STATES DISTRICT COURT

## Northern District of California

MARATHON RACING,

        Plaintiff(s),

  v.

OCEANS WEST MARINE,

        Defendant(s).

_____/

No. C 09-04253 MEJ

**ORDER SCHEDULING STATUS CONFERENCE**

The Court hereby schedules this matter for a status conference June 17, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a status report by June 10, 2010. All other pretrial and trial dates are hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 11, 2010

                                                          _____
                                                          Maria-Elena James
                                                          Chief United States Magistrate Judge