UNITED STATES DISTRICT COURT

Northern District of California

MARATHON RACING,

           Plaintiff(s),           No. C 09-04253 MEJ

  v.

OCEANS WEST MARINE,          **ORDER SCHEDULING STATUS CONFERENCE**

           Defendant(s).

_____/

The Court hereby schedules this matter for a status conference June 17, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a status report by June 10, 2010. All other pretrial and trial dates are hereby VACATED.

**IT IS SO ORDERED.**

Dated: March 11, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge