# UNITED STATES DISTRICT COURT
## Northern District of California

Marathon Racing, Inc.,

              Plaintiff(s),         No. C 09-4253 MEJ

  v.

Oceans West Marine & Industrial Supply Inc.,    **ORDER RE DISMISSAL**

              Defendant(s).

_____/

      The Court is in receipt of Defendant's status report. Based on the report, the Court hereby ORDERS the parties to file a stipulation for dismissal by June 3, 2010.

      **IT IS SO ORDERED.**

Dated: May 24, 2010

                                          _____
                                          Maria-Elena James
                                          Chief United States Magistrate Judge