James M. Neudecker (State Bar No. 221657)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

Telephone:   415.543.8700
Facsimile:   415.391.8269

Tracy G. Ferak (Admitted *Pro Hac Vice*)
REED SMITH LLP
10 S. Wacker Drive, Suite 4000
Chicago, IL 60606

Telephone:   312.207.1000
Facsimile:   312.207.6400

Attorneys for Plaintiff Marathon Racing, Inc., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARATHON RACING, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OCEANS WEST MARINE & INDUSTRIAL SUPPLY, INC., a California Corporation; and ZODIAC OF NORTH AMERICA, INC., a Delaware Corporation,<br><br>Defendants. | Case No. C-09-4253 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |
|---|---|

In light of the settlement reached between Plaintiff Marathon Racing, Inc. ("Marathon Racing") and Defendant Oceans West Marine & Industrial Supply, Inc. ("Oceans West") at the March 3, 2010 Settlement Conference, and this Court's May 24, 2010 "Order re Dismissal," the parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to a dismissal of this entire action, with each party bearing its own attorneys= fees and costs.

In the event Marathon Racing and Oceans West are unable to agree on the final terms of a Release and Assignment of Rights, Marathon Racing reserves the right to move for an order re-opening this matter.

IT IS SO STIPULATED

DATED: June 3, 2010.

REED SMITH LLP

By  */s/ James Neudecker*
James M. Neudecker
Attorneys for Plaintiff Marathon Racing, Inc., a Delaware Corporation

DATED: June 3, 2010.

BRAGG & KULIVA

By  */s/ Kenneth Dziesinski*
Kenneth L. Dziesinski
Attorneys for Defendant Oceans West Marine & Industrial Supply, Inc.

DATED: June 3, 2010.

NILAN JOHNSON LEWIS

By  */s/ Christine M. Mennen*
Christine M. Mennen
Attorneys for Defendant Zodiac of North America, Inc.

IT IS SO ORDERED

DATED: June 3, 2010.

_____
The Honorable Maria-Elena-James